**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **DANIEL STEWART, TH.D.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-cv-611 |
| | ) |
| **JERRY RIMMER and** | ) Judge Trauger |
| **DEBRA JOHNSON,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Daniel Stewart, Th.D., an inmate at the Lois M. DeBerry Special Needs Facility under the supervision of the Tennessee Department of Corrections, located in Nashville, brings this *pro se* action under 42 U.S.C. § 1983. (ECF No. 1.) The plaintiff has also submitted an application to proceed *in forma pauperis*. (ECF No. 2.)

A prisoner seeking pauper status must include "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" along with his application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(2). The plaintiff here has not provided such a statement. He indicates on his application, in fact, that he is aware of the requirement, but that the Tennessee Department of Corrections "refused to submit a not[a]rized copy from [the] Trust Fund Office," and that he will "need court summons for certified (not[a]rized copy)." (ECF No. 2, at 8.)

Accordingly, the plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the full $350 filing fee or submit the aforementioned certified copy of the trust fund account statement (or institutional equivalent).

The plaintiff is forewarned that, should he fail to comply with the instructions of the Court within the thirty-day time limit, his application to proceed *in forma pauperis* will be denied, the $350 filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. Fed. R. Civ. P. 41(b); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211–12 (2007). If necessary, an extension of time to comply with this order may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge