**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| DANIEL STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:11-0611 |
| ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| JERRY RIMMER, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

On May 23, 2012, the undersigned entered an Order in part requiring Plaintiff to advise the Court in writing of his current address within twenty (20) days of the entry of that Order. Docket No. 46. That Order specifically stated, "If Plaintiff fails to do so, the undersigned will recommend that this action be dismissed for failure to prosecute and for failure to follow the Court's previous Order."

Plaintiff has not complied with the Court's Order.

For the foregoing reasons, the undersigned recommends that this action be dismissed for failure to prosecute and for failure to follow the Court's previous Order.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of

service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge