# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| DANIEL STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0611 |
| ) | Judge Trauger |
| JERRY RIMMER, Chaplain, and ) | Magistrate Judge Knowles |
| DEBRA JOHNSON, Deputy Warden, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On June 19, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 50), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** for failure to prosecute and for failure to follow the court's previous Orders.

It is so **ORDERED**.

ENTER this 27th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge